FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 28, 2024

SEAN F. McAVOY, CLERK

*AUSA Assigned: TJO*

*County of Investigation: Spokane*

*In Re: Criminal Complaint for Bulmaro SOTELO-SANDOVAL*

## AFFIDAVIT

STATE OF WASHINGTON )
) ss
Spokane County )

## AFFIDAVIT IN SUPPORT

I, Darya Aziz, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1.       Your affiant, DEA Special Agent Darya Aziz, is an investigator or law enforcement officer of the United States, within the meaning of *18 U.S.C. § 2510(7)*, and I am empowered by law to conduct investigations of, and arrests for, the offenses enumerated in *18 U.S.C. § 2516,* as well as *21 U.S.C § 801, et seq*. This Affidavit is submitted to establish probable cause to support the authorization of the requested arrest warrant and criminal complaint.

## TRAINING AND EXPERIENCE

2.       I am a Special Agent with the U.S. Drug Enforcement Administration ("DEA") and have been so employed since February 14, 2022. I am currently assigned to the DEA's Spokane District Office.  I have received approximately 17 weeks of training at the DEA Academy in Quantico, Virginia.  During this

Affidavit in Support of Complaint - 2:24-MJ-00474-JAG - 1

training, I received training in the organizational structure of criminal organizations, how controlled substances are manufactured, consumed, packaged, marketed and distributed, familiar with identifying controlled substances from various drug identification trainings, and online investigations.

3.    Prior to joining the DEA, I was employed by the United States Postal Inspection Service (USPIS) as an Investigative Support Analyst from January, 2020 through February, 2022, in Denver, CO.  I was assigned to the Mail Theft unit where I assisted on federal property investigations, financial investigations, violent crime investigations and assisted in federal drug interdictions at the post office. I have also analyzed social media accounts and cellphone extractions to help identify additional co-conspirators and to further federal and state investigations.

4.    Based on my training, experience and discussions with other investigators, I am familiar with the various methods used by individuals and drug trafficking organizations (DTO) to obtain, possess, transport, distribute and/or sell controlled substances. I know the methods of individuals and DTOs include but are not limited to the use of cellular telephones, wireless communication technology, counter surveillance, elaborately planned smuggling schemes tied to legitimate businesses, stash houses, false or fictitious identities, and the use of "coded" or vague communications in an attempt to thwart law enforcement.

Affidavit in Support of Complaint - 2:24-MJ-00474-JAG - 2

5.      In my work as an agent for the DEA, I have conducted interviews with drug traffickers, users, and confidential informants, where I have discussed topics such as preparation, methods of operation, and security measures employed by drug traffickers. I have also participated in numerous criminal investigations involving the execution of federal and state search warrants as they relate to drug trafficking of controlled substances, such as methamphetamine, cocaine, heroin, and fentanyl.

6.      During the course of your affiant's employment as a Special Agent, your affiant has participated in numerous criminal investigations and has gained knowledge and experience by working with other federal, state and local law enforcement agencies. Your affiant has participated in federal and state search warrants involving the seizure of the aforementioned listed controlled substances, the seizure of records relating to the manufacturing and distribution of controlled substances, and other types of evidence documenting the activities of drug trafficking organizations and their members. Your affiant has utilized numerous investigative techniques and resources and drawn upon the experience, techniques, and resources he has gained in his employment as a Special Agent.

7.      The facts set forth below are based upon (1) my own personal observations; (2) reports and information provided to me by other law enforcement agents or government agencies; (3) evidence collected through investigative

Affidavit in Support of Complaint - 2:24-MJ-00474-JAG - 3

operations.  Because this affidavit is being submitted solely for establishing probable cause to support a criminal complaint, I have not included each and every fact known to me concerning this investigation.  I have only set forth facts necessary to support the authorization of the requested arrest warrant and criminal complaint.

**FACTS IN SUPPORT OF COMPLAINT**

8.      On August 27, 2024, the North Central Washington Narcotics Task Force with the assistance of Drug Enforcement Administration (DEA) Spokane District Office (SDO) executed a state search at 64 River Loop Road, Tonasket, WA, which was identified as a stash house (for controlled substances) for the drug trafficking organization. In the execution of the search warrant, investigators contacted two individuals and two children at the main property: Bulmaro SOTELO-SANDOVAL, an adult female and two babies.

9.      Additionally, the execution of the search warrant yielded approximately 79.8 grams of fake blue/greenish "M-30" pills believed to contain fentanyl which based on the affiant's knowledge and experience is consistent with pills that have tested positive for fentanyl (did not field test due to the high risks of fentanyl exposure). Also, approximately 444.0 grams of crystalline substance which presumptively tested positive for methamphetamine, three drug scales, 4 cellular devices, and United states currency on SANDOVAL's persons. Based on

Affidavit in Support of Complaint - 2:24-MJ-00474-JAG - 4

your affiant's knowledge and experience, the purity of methamphetamine distributed in the Eastern District of Washington generally exceeds 90%.

10.    Based on the affiant's knowledge and experience, the quantities of illicit drugs, UC Currency, and drug scales are indictive to distributing narcotics.

## CONCLUSION

11.    Based upon the above facts, I believe probable cause exists to charge Bulmaro SOTELO-SANDOVAL with Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

Respectfully Submitted,

Special Agent Darya Aziz
Drug Enforcement Administration

Subscribed electronically and sworn to telephonically this 28th day of August, 2024.

Honorable James Goeke
United States Magistrate Judge

Affidavit in Support of Complaint - 2:24-MJ-00474-JAG - 5