Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Timothy J. Ohms
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 04 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-CR-121-TOR-1 |
| Plaintiff, | INDICTMENT |
| v. | Vio: 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) Distribution of 50 Grams or More of Actual (Pure) Methamphetamine (Count 1) |
| BULMARO SOTELO-SANDOVAL, | |
| Defendant. | 21 U.S.C. § 841(a)(1), (b)(1)(C) Distribution of Fentanyl (Count 2) |
| | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine (Count 3) |
| | 21 U.S.C. § 841(a)(1), (b)(1)(C) Possession with Intent to Distribute Fentanyl (Count 4) |
| | 18 U.S.C. §§ 922(g)(5), 924(a)(8) Unlawful Alien in Possession of a Firearm (Count 5) |

INDICTMENT - 1

26 U.S.C. §§ 5841, 5861(d), 5871
Possession of an Unregistered
Firearm
(Count 6)

21 U.S.C. § 853, 18 U.S.C.
§ 924(d), 49 U.S.C. § 80303, 26
U.S.C. § 5872, 28 U.S.C. § 2461(c)
Forfeiture Allegations

The Grand Jury Charges:

## COUNT 1

On or about August 15, 2024, in the Eastern District of Washington, the Defendant, BULMARO SOTELO-SANDOVAL, did knowingly and intentionally distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. 841(a)(1), (b)(1)(A)(viii).

## COUNT 2

On or about August 15, 2024, in the Eastern District of Washington, the Defendant, BULMARO SOTELO-SANDOVAL, did knowingly and intentionally distribute N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 3

On or about August 27, 2024, in the Eastern District of Washington, the Defendant, BULMARO SOTELO-SANDOVAL, did knowingly and intentionally possess with the intent to distribute 50 grams or more of actual (pure)

INDICTMENT - 2

methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 4

On or about August 27, 2024, in the Eastern District of Washington, the Defendant, BULMARO SOTELO-SANDOVAL, did knowingly and intentionally possess with the intent to distribute N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 5

On or about August 27, 2024, in the Eastern District of Washington, the Defendant, BULMARO SOTELO-SANDOVAL, knowing of his status as an alien unlawfully in the United States, did knowingly possess in and affecting commerce, a firearm, to wit: a Taurus, model S41118TUF shotgun, bearing serial number SSP041681, which firearm had theretofore been transported in interstate commerce, in violation of 18 U.S.C. §§ 922(g)(5), 924(a)(8).

## COUNT 6

On or about August 27, 2024, in the Eastern District of Washington, the Defendant, BULMARO SOTELO-SANDOVAL, did knowingly and intentionally possess a firearm, to wit: a Taurus, model S41118TUF shotgun, bearing serial number SSP041681, with a barrel length of 11.5 inches and an overall length of 15.5 inches,

INDICTMENT - 3

which firearm was not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5841, 5861(d), 5871.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation 21 U.S.C. § 841, as set forth in Counts 1 – 4 of this Indictment, Defendant, BULMARO SOTELO-SANDOVAL, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense. The property to be forfeited includes, but not limited to:

Counts 3 and 4

- a Taurus, model S41118TUF shotgun, bearing serial number SSP041681.

If any of the property described above, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

INDICTMENT - 4

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(5), 924(a)(8), as set forth in Count 5 of this Indictment, Defendant, BULMARO SOTELO-SANDOVAL, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to the following:

- a Taurus, model S41118TUF shotgun, bearing serial number SSP041681.

Pursuant to 49 U.S.C. § 80303, 26 U.S.C. § 5872 and 28 U.S.C. § 2461, upon conviction of an offense in violation of 26 U.S.C. § 5861, as set for in Count 6 of this Indictment, Defendant, BULMARO SOTELO-SANDOVAL, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to the following:

- a Taurus, model S41118TUF shotgun, bearing serial number SSP041681.

DATED this __4__ day of September 2024.

A TRUE BILL ██████████

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Timothy J. Ohms*
Timothy J. Ohms
Assistant United States Attorney

INDICTMENT - 5